UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ISHMAEL ALI

CIVIL ACTION 3:09cv30213-KPN
NO. ~~08SEM01660~~

V.

SPRINGFIELD PUBLIC SCHOOLS

Jim Allfrey
Executive Director of Human Resources   COMPLAINT
Human Resources Department

Parties

1. The Plaintiff is a resident of Springfield, Hampden County, Massachusetts and a citizen of the United States.

2. The defendant Mr. Jim Allfrey is the Executive Director of Human Resources is also a citizen of the United States.

Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C 1332

4. Having received a dismissal in relation to the investigation of the EEOC and the closing of my file DOCKET NO: 08SEM01660

5. On filing this case with the unites states district court of Massachusetts

See response in a form of rebuttal 08SEM01660

**Notice of Suit Rights**

6. The first week of March 2008, Ishmael Ali was terminated from his employment as a zone cluster substitute teacher after working for the school department for

almost 6 years in good standings and the fact of the matter is Mr. Jim Allfrey terminated illegally therefore, I am seeking relief for the total payment of my employment from March 8, 2008 to present. My ending salary as a zone substitute teacher was $36,000 per year with benefits therefore; I am seeking $76,000 for back pay and another $76,000 for the damage for being out of work. In total I am seeking $152,000 in addition to employment discrimination on the basis of the past criminal record and religious and age discrimination. If the courts find fit for the illegal termination of employment the court can give a favorable reward for the plaintiff and they can add whatever amount to the violation within the jurisdiction of the court an addition I would like to return work at the Springfield Public School.

7. The plaintiff wants a trial by jury.

Signature /s/ Ishmael Ali

Ishmael Ali
114 Lakeside Street
Springfield, MA 01109
(413) 782-0929

CC Mr. Jim Allfrey
Executive Director of Human Resources
Human Resources Department
195 State Street
P.O. Box 1410
Springfield, MA 01101-1410